1 | CHRISTOPHER R.A. MORRAY-JONES (SB # 256726)
LAW OFFICES OF C. MORRAY-JONES
2 | 1611 Telegraph Avenue, Suite 910
Oakland, CA 94612
3 | Telephone: (510) 444-0151     Fax: (510) 444-0150
Email: cm-j@m-jlaw.com
4 | Attorney for Plaintiffs

5 | JOHN A. RUSSO, City Attorney - State Bar No.129729
RANDOLPH W. HALL, Asst. City Atty. – State Bar No. 080142
6 | WILLIAM E. SIMMONS, Supervising Trial Atty.- State Bar No.121286
STEPHEN Q. ROWELL, Senior Deputy City Atty.- State Bar No.098228
7 | One Frank Ogawa Plaza, 6th Floor
Oakland, California  94612
8 | Telephone: (510) 238-3865   Fax: (510) 238-6500
sqrowell@oaklandcityattorney.org
9 | Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOREN C. NAILS, in her own behalf, and as next friend of plaintiff A.N.; and A.N., a minor child, by and through her next friend LOREN C. NAILS,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND; FORMER CHIEF OF POLICE WAYNE G. TUCKER in his official capacity and in his capacity as an individual; OFFICER S. HEWISON # 8339 in his capacity as an individual; OFFICER F. BONIFACIO # 8476 in his capacity as an individual; and DOES 1-100 in their official capacities and/or in their capacities as individuals,<br><br>Defendants. | Case No.: C09-00565 SI<br><br>**STIPULATED REQUEST TO CHANGE THE TIME OF THE SECOND CASE MANAGEMENT CONFERENCE** |

1. The parties to the above-captioned action, by and through their attorneys, respectfully request that this Court issue an order changing the time of the second Case Management Conference in this case, which is currently scheduled to be held on Friday, November 6, 2009, at 3:00 pm.

REQUEST TO CHANGE TIME OF SECOND CASE MANAGEMENT CONFERENCE

- 1 -

2. This request is made on the grounds that the parties have agreed to participate in a Settlement Conference before Chief Magistrate Judge Maria-Elena James. The said Settlement Conference was previously scheduled for October 2, 2009, but has been rescheduled to Wednesday, December 16, 2009. The parties are agreed, and respectfully submit, that the second Case Management Conference should be postponed until after that date.

3. Based on informal inquiry with the Calendar Clerk to this Court, the parties (i) understand that Friday, December 18 at 3:00 pm is available for this purpose; and (ii) if the Court so orders, will stipulate to that date.

Dated: October 30, 2009     LAW OFFICES OF C. MORRAY-JONES

By:   s/ Christopher R.A. Morray-Jones
      Attorney for plaintiffs

CITY OF OAKLAND

By:   s/Stephen Q. Rowell
      Attorney for defendants

**REQUEST TO CHANGE TIME OF SECOND CASE MANAGEMENT CONFERENCE**

UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOREN C. NAILS, in her own behalf, and as next friend of plaintiff A.N.; and A.N., a minor child, by and through her next friend LOREN C. NAILS,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND; FORMER CHIEF OF POLICE WAYNE G. TUCKER in his official capacity and in his capacity as an individual; OFFICER S. HEWISON # 8339 in his capacity as an individual; OFFICER F. BONIFACIO # 8476 in his capacity as an individual; and DOES 1-100 in their official capacities and/or in their capacities as individuals,<br><br>Defendants. | Case No : C09-00565 SI<br><br>[PROPOSED] ORDER CHANGING THE TIME OF THE SECOND CASE MANAGEMENT CONFERENCE PURSUANT TO THE PARTIES' STIPULATED REQUEST |

Pursuant to the parties' stipulated request to change the time of the second Case Management Conference in the above-captioned action, and for good cause shown, this Court hereby GRANTS the said request and ORDERS:

1. that the date and time of the said Case Management Conference currently entered in the Court's calendar, namely, Friday, November 6, 2009, at 3:00 pm, shall be VACATED; and

2. that the said Case Management Conference is to be held in the courtroom assigned to this Court on Friday, November 18, 2009, at 3:00 pm, which date and time shall be ENTERED on this Court's calendar.

Date:_____                                    **IT IS SO ORDERED,**

*[signature: Susan Illston]*
The Hon. Susan Y. Illston
U.S. District Judge

ORDER CHANGING TIME OF SECOND CASE MANAGEMENT CONFERENCE