JOHN A. RUSSO, City Attorney - State Bar #129729
RANDOLPH W. HALL, Assistant City Attorney - State Bar #080142
WILLIAM E. SIMMONS, Supervising Trial Attorney- State Bar No. 121266
STEPHEN Q. ROWELL, Deputy City Attorney - State Bar #098228
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-3865    Fax: (510) 238-6500:
sqrowell@oaklandcityattorney.org
Attorneys for Defendants,
CITY OF OAKLAND, WAYNE G. TUCKER,
OFFICER S. HEWISON and OFFICER
F. BONIFACIO
26703/621625

CHRISTOPHER R.A. MORRAY-JONES (SB #256726)
LAW OFFICES OF C. MORRAY-JONES
1611 Telegraph Avenue, Suite 110
Oakland, CA 94612
Telephone: (510) 444-0151    Fax: (510) 444-01510
Email: cm-j@m-law.com
Attorney for Plaintiffs LOREN C. NAILS
and A.N., a minor child

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOREN C. NAILS, in her own behalf, and as next friend of plaintiff A.M.; and A.N., a minor child, by and through her next friend LOREN C. HAILS,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND; FORMER CHIEF OF POLICE WAYNE G. TUCKER in his official capacity and in his capacity as an individual; OFFICER S. HEWISON #8339 in his capacity as an individual; OFFICER F. BONIFACIO #8476 in his capacity as an individual; and does 1-100 in their official capacities and/or in their capacities as individuals,<br><br>Defendants. | Case No. C09-00565 SI<br><br>**STIPULATION OF DISMISSAL** |

The parties have reached a tentative settlement agreement in this case. The agreement is subject only to the final approval of the Oakland City Council. Accordingly, the parties stipulate that this case be dismissed in its entirety with prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety (90) days, with proof of service of a copy thereon to opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

Dated: 12/16/09　　　LAW OFFICES OF CHRISTOPHER MORRAY-JONES

By: _____
　　Attorney for Plaintiffs

Dated: 12/17/09　　　JOHN A. RUSSO, City Attorney
　　　　　　　　　　RANDOLPH W. HALL, Assistant City Attorney
　　　　　　　　　　WILLIAM E. SIMMONS, Supervising Trial Attorney
　　　　　　　　　　STEPHEN Q. ROWELL, Senior Deputy City Attorney

By: _____
　　Attorneys for Defendants

IT IS SO ORDERED.

Dated: _____
　　　　HON. SUSAN ILLSTON
　　　　United States District Court