1  JOHN A. RUSSO, City Attorney - State Bar #129729
   RANDOLPH W. HALL, Assistant City Attorney - State Bar #080142
2  WILLIAM E. SIMMONS, Supervising Trial Attorney- State Bar No. 121266
   STEPHEN Q. ROWELL, Deputy City Attorney - State Bar #098228
3  One Frank H. Ogawa Plaza, 6th Floor
   Oakland, California 94612
4  Telephone: (510) 238-3865      Fax: (510) 238-6500:
   sqrowell@oaklandcityattorney.org
5  Attorneys for Defendants,
   CITY OF OAKLAND, WAYNE G. TUCKER,
6  OFFICER S. HEWISON and OFFICER
   F. BONIFACIO
7  26703/621625

8  CHRISTOPHER R.A. MORRAY-JONES (SB #256726)
   LAW OFFICES OF C. MORRAY-JONES
9  1611 Telegraph Avenue, Suite 110
   Oakland, CA 94612
10 Telephone: (510) 444-0151    Fax: (510) 444-01510
   Email: cm-j@m-law.com
11 Attorney for Plaintiffs LOREN C. NAILS
   and A.N., a minor child

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| LOREN C. NAILS, in her own behalf, and as next friend of plaintiff A.M.; and A.N., a minor child, by and through her next friend LOREN C. HAILS, | Case No. C09-00565 SI |
|---|---|
| Plaintiffs, | **STIPULATION OF DISMISSAL** |
| v. | |
| CITY OF OAKLAND; FORMER CHIEF OF POLICE WAYNE G. TUCKER in his official capacity and in his capacity as an individual; OFFICER S. HEWISON #8339 in his capacity as an individual; OFFICER F. BONIFACIO #8476 in his capacity as an individual; and does 1-100 in their official capacities and/or in their capacities as individuals, | |
| Defendants. | |

The parties have reached a tentative settlement agreement in this case. The agreement is subject only to the final approval of the Oakland City Council. Accordingly, the parties stipulate that this case be dismissed in its entirety with prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety (90) days, with proof of service of a copy thereon to opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

Dated: 12/16/09         LAW OFFICES OF CHRISTOPHER MORRAY-JONES

By: _____
Attorney for Plaintiffs

Dated: 12/17/09         JOHN A. RUSSO, City Attorney
RANDOLPH W. HALL, Assistant City Attorney
WILLIAM E. SIMMONS, Supervising Trial Attorney
STEPHEN Q. ROWELL, Senior Deputy City Attorney

By: _____
Attorneys for Defendants

IT IS SO ORDERED.

Dated:                  _____
HON. SUSAN ILLSTON
United States District Court